IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CECILIA CATHERINE TRENTMAN, <br><br> Plaintiff, <br><br> vs. <br><br> KEN SALAZAR, <br><br> Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br><br> Case No. 2:08 CV 864 TC |

The court referred this case to Magistrate Judge David O. Nuffer pursuant to 28 U.S.C. § 636(b)(1)(A). On September 26, 2011, Judge Nuffer entered his Report and Recommendation[1] addressing Defendant's Motion for Summary Judgment.[2]

Judge Nuffer's Report contains the extensive history of the case, which this court will not repeat, and recommends that Defendant's Motion for Summary Judgment be granted because the Plaintiff failed to carry her burden to prove discrimination.

The parties were given fourteen (14) days to file objections to the Report and Recommendation and were cautioned that failure to file an objection could constitute waiver thereof upon subsequent review. No objections were received.

---

[1] Dkt. No. 52

[2] Dkt. No. 41

The court has carefully reviewed the Report and Recommendation and the relevant materials in the file and finds the recommendation correct in all respects. Accordingly, the Report and Recommendation is adopted as the order of the court. The court GRANTS the Defendant's motion for summary judgment. The Clerk of the Court is directed to close the case.

DATED this 27th day of October, 2011.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge